# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
 — the (date) — *le (date)* _____29.05.2009_____
 — at (place, street, number) - *à (localité, rue, numéro)*
 _____Am Campeon 1-12, 85579 Neubiberg_____

 — in one of the following methods authorized by article 5:
 — *dans une des formes suivantes prévues à l'article 5:*

 ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
 *a) selon les formes légales (article 5. alinéa premier, lettre a)*

 ☐ (b) in accordance with the following particular method:
 *b) selon la forme particulière suivante:*

 ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
 *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

 - (identity and description of person)
 - *(Identité et qualité de la personne)*
 _____Rudolf von Morean_____

 - relationship to the addressee family, business or other
 - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
 _____Beschäftigter bei der Infineon Technologies AG_____

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*
Ladung in einem Zivilverfahren vom 02.12.2008, 08-411 DBH

Zivilklage vom 28.11.2008

U.S. Patent No. 7,344,943, U.S.Patent No. 6,429,481
des Michael J. Sullivan in Portland

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* _____München_____ _____09.06.09_____

Signature and/or stamp. / *Signature et/ou cachet.* _____Steinmeier Rechtspflegerin_____

**U.S. Department of Justice**
United States Marshals Service



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Michael J. Sullivan<br>Pierce Atwood LLP<br>Attorney for Fairchild Semiconductor Corp.<br>One Monument Square<br>Portland, ME 04101<br>USA | Bayerisches Staatsministerium der Justiz<br>80097 Muenchen<br>Munich, Germany<br><br>**Der Präsident des Oberlandesgerichts München**<br>Eing. 2 4. APR. 2009<br>......Akt ......Heft ......Beil. ......Abdr.<br>Nr. 9341 a E-58/05 |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

Infineon Technologies AG, Am Campeon 1-12, 85579 Neubiberg, Bavaria, Germany

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents / *Enumération des pièces*

- Summons in Civil Case (German Translation)
- Complaint in Civil Case (German Translation)
- Attachments to Complaint in Civil Case
- U.S. Patent No. 7,344,943 (German Translation)
- U.S. Patent No. 6,429,481 (German Translation)

Done at Portland, ME, USA, the 21/4/2009
*Fait à*                        *, le*

Signature and/or stamp
*Signature et/ou cachet*

*Delete if inappropriate*
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Maine

FAIRCHILD SEMICONDUCTOR
CORPORATION,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

INFINEON TECHNOLOGIES AG and
INFINEON TECHNOLOGIES NORTH
AMERICA CORPORATION,
    Defendants.

CASE NUMBER: 08-411 DBH

TO: (Name and address of Defendant)

    Infineon Technologies AG
    Munich
    GERMANY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Robert H. Stier, Jr.
    Pierce Atwood LLP
    One Monument Square
    Portland, ME 04101
    207-791-1100

an answer to the complaint which is served on you with this summons, within _twenty (20)_ ☒ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Linda L. Jacobson_
Linda L. Jacobson
Clerk, U.S. District Court

December 2, 2008
DATE

OAO 440 (Rev. 8/01) Ladung in einem Zivilverfahren

# BEZIRKSGERICHT DER VEREINIGTEN STAATEN
Bezirk Maine

FAIRCHILD SEMICONDUCTOR
CORPORATION,

**LADUNG IN EINEM
ZIVILVERFAHREN**

Klägerin,

gegen

INFINEON TECHNOLOGIES AG und
INFINEON TECHNOLOGIES NORTH
AMERICA CORPORATION,

FALLNUMMER: 08-411 DBH

Beklagte.

AN: (Name und Adresse der Beklagten)

Infineon Technologies AG
München
DEUTSCHLAND

**SIE WERDEN HIERMIT GELADEN** und sind verpflichtet, dem ANWALT DES KLÄGERS
(Name und Adresse)

Robert H. Stier, Jr.
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
207-791-1100

innerhalb von zwanzig (20) Tagen, ausschließlich des Zustellungstags, nach Zustellung dieser Ladung eine Klageantwort auf diese Klageschrift, die Ihnen zusammen mit dieser Ladung zugestellt wird, zuzustellen. Falls Sie dies versäumen, ergeht ein Versäumnisurteil im Sinne des Klagantrags gegen Sie. Jede Klageantwort, die Sie den Verfahrensparteien zustellen, muss bei dem Urkundsbeamten dieses Gerichts innerhalb eines angemessenen Zeitraums nach der Zustellung eingereicht werden.

2. Dezember 2008

_____
DATUM